EMILE PONCHELET, Respondent, v. COMPAGNIE GENERALE TRANSATLANTIQUE, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

I. TANENBAUM SON & COMPANY, Appellant, v. BROOKLYN FURNITURE COMPANY, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HOPE HERRMANN, Respondent, v. KATHRYNE JORGENSON and CHRYSTINE H. BENDER, Appellants, Impleaded with BARBARA JORGENSON, Respondent.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOSEPH MENSCH, as Administrator, etc., of THOMAS ROBERT MENSCH, Deceased, Respondent, v. No. 121 CANAL STREET COMPANY, INC., Appellant.†— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Martin, J., dissents and votes for reversal and dismissal of the complaint, on the ground that the proof did not establish any negligence on the part of the defendant.

CROCKER WHEELER ELECTRIC MANUFACTURING COMPANY, a Corporation, Respondent, v. WORLDS CLEANERS & DYERS COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOHN G. HUNGERFORD, Respondent, v. LOUIS WEINER and MONARCH TRANSPORTATION CO., INC., Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

VICTOR ZEOLI, an Infant, by NICOLA ZEOLI, His Guardian ad Litem, and NICOLA ZEOLI, Appellants, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

NATHAN BURKAN, Respondent, v. GEORGE LEARY, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of THOMAS W. LAMONT and Others, as Executors, etc., of EDGAR MILLS, Deceased,‡ — Decree so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE BANK OF UNITED STATES, Appellant, v. EMANUEL VOSKA and CARL BYOIR, Co-partners, etc., and CARL BYOIR, Individually, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of SAMUEL M. BRODY, an Attorney.— Reference ordered. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of JAMES F. MAHAN, an Attorney.— Reference ordered. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of SAMUEL ROSENBLATT, an Attorney.— Reference ordered. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

*Revd., 263 N. Y. 348.      † Affd., 263 N. Y. 557.      ‡ Affd., 263 N. Y. 574.